| Houser v. State | 79A02–1603–CR–556 | 12/27/2016 | RILEY, J. | Affirmed |
| | | | CRONE, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Foote v. State | 28A01–1607–PC–1726 | 12/27/2016 | RILEY, J. | Affirmed |
| | | | CRONE, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| Mamon v. State | 30A05–1511–PC–1942 | 12/28/2016 | ALTICE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | CRONE, J. | Concurs |
| Morgan v. State | 28A01–1608–CR–1781 | 12/28/2016 | ROBB, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |
| V.G., In re | 49A02–1605–JC–1071 | 12/28/2016 | ROBB, J. | Affirmed |
| | | | KIRSCH, J. | Concurs |
| | | | BARNES, J. | Concurs |
| Glenn v. State | 49A04–1511–CR–2015 | 12/29/2016 | MAY, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | BROWN, J. | Concurs |
| City of Mitchell, In re | 47A04–1602–MI–402 | 12/29/2016 | MATHIAS, J. | Affirmed |
| | | | ROBB, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Hoffman v. James | 45A03–1604–CC–743 | 12/29/2016 | MATHIAS, J. | Reversed and Remanded |
| | | | ROBB, J. | Concurs |
| | | | BROWN, J. | Concurs |
| Lee v. State | 32A04–1607–CR–1547 | 12/29/2016 | BAKER, J. | Dismissed |
| | | | MATHIAS, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Weathers v. State | 79A04–1605–CR–1134 | 12/29/2016 | CRONE, J. | Affirmed |
| | | | RILEY, J. | Concurs |
| | | | ALTICE, J. | Concurs |
| N.B., In re | 49A02–1605–JT–1105 | 12/29/2016 | MATHIAS, J. | Affirmed |
| | | | BAKER, J. | Concurs |
| | | | PYLE, J. | Concurs |
| Chaney v. State | 73A01–1604–CR–767 | 12/29/2016 | BAKER, J. | Affirmed |
| | | | MATHIAS, J. | Concurs |
| | | | PYLE, J. | Concurs |